HENRY KROGER and Others v. HUGO JABURG, JR., Also Known as HUGO F. JABURG, and Others.— Motion for leave to appeal denied, with ten dollars costs. Motion for extension of time to answer granted so far as to extend the defendants'

time to answer the amended complaint to ten days after service of order. Present — Finch, McAvoy, Martin and O'Malley, JJ.